IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

YONAFAN P. GALAS,                                                          06:11-cv-991-KI

        Petitioner,                                                          ORDER

  v.

J. PREMO, Superintendent,

        Respondent.

KING, Judge

    Petitioner's unopposed motion for voluntary dismissal (#15) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this ___4th___ day of January, 2012.

                                           /s/ Garr M. King
                                           Garr M. King
                                           United States District Judge

1 -- ORDER